

117 P.3d 119

# SUPREME COURT OF HAWAI'I

**August 16, 2005**

| 25052 | State v. Maave | Affirmed |
|-------|----------------|----------|

**August 17, 2005**

| 25512 | Bank of New York v. Quevedo | Affirmed |
|-------|------------------------------|----------|
| 25040 | USRP (Don), LLC v. WAHBA, LLC | Affirmed |

**August 18, 2005**

| 26636 | Hawaii Medical Service Ass'n v. Insurance Com'r | Vacated and Remanded |
|-------|--------------------------------------------------|-----------------------|